UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWN GETTINGER, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.                                               Case No: 8:23-cv-2785-CEH-NHA

PURE ATLANTA, INC.,

    Defendant.
_____

### ORDER

This cause comes before the Court on Plaintiff Shawn Gettinger's Notice of Voluntary Dismissal with Prejudice (Doc. 9). In the Notice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his claims with prejudice.

In accord with the Notice of Voluntary Dismissal with Prejudice, it is

**ORDERED:**

1) This cause is dismissed with prejudice.

2) The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on January 17, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record and Any Unrepresented Parties